## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

PATRICIA J. WHITE,

        Plaintiff,

                                              **Civil Action 2:15-cv-3055**

    v.                                     **Judge George C. Smith**

                                              **Magistrate Judge Deavers**

COMMISSIONER OF SOCIAL SECURITY,

        **Defendant.**

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion for Remand to the Commissioner pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 16).  Per the parties' agreement, on remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary, including offering Plaintiff a new hearing, to determine whether Plaintiff is disabled within the meaning of the Social Security Act.  Accordingly, this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further proceedings.  Further, Plaintiff's Motion to Remand pursuant to Sentence Six of 42 U.S.C.  405(g) is **DENIED AS MOOT**.  (ECF No. 13).

        **IT IS SO ORDERED.**

                                          */s/ George C. Smith*
                                          **GEORGE C. SMITH, JUDGE**
                                          **UNITED STATES DISTRICT COURT**